IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

YVONNE JOE GOODE, and
CHARLES MARVIN GOODE,

        Plaintiffs,

   v.

RUTH HALDERMAN, and
DELORIS MEDERIOS,

        Defendants.

Case No. 3:11-cv-01461-BR

ORDER

BROWN, Judge.

    Plaintiff's bring this civil action *pro se*. On December 9, 2011, this Court issued an Order dismissing Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). The Order advised Plaintiffs of the deficiencies of the Complaint and granted them leave to file an amended complaint within 30 days curing those deficiencies. Plaintiffs were advised that failure to file an

1 - ORDER -

amended complaint within the time provided would result in the dismissal of this action.

Plaintiffs did not file an amended complaint within the time provided. Accordingly, IT IS ORDERED that this action is DISMISSED. Because the dismissal of Plaintiff's Complaint was based upon substantive deficiencies which Plaintiff did not cure, the dismissal is WITH PREJUDICE.

IT IS SO ORDERED.

DATED this 19th day of January, 2012.

_____
ANNA J. BROWN
United States District Judge